UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BLAINE CARR & WANDER CARR                                    PLAINTIFFS

v.                                              Civil No. 1:19-cv-00078-GHD-DAS

SELECT PORTFOLIO SERVICING CORP, *et al.*                    DEFENDANTS

## ORDER GRANTING IN PART AND DENYING IN PART SELECT PORTFOLIO SERVICING, INC.'S MOTION TO DISMISS

For the reasons set forth in the memorandum opinion issued this day, the Court ORDERS that:

1. Defendant Select Portfolio Servicing, Inc.'s motion to dismiss [5] is GRANTED IN PART, and the Court finds that Plaintiffs did not properly serve Select Portfolio Servicing; the motion is DENIED in all other respects, and the Court does not dismiss Select Portfolio Servicing as a defendant at this time.

2. Plaintiffs shall make proper service on Select Portfolio Servicing by August 21, 2019, and file proof of that service with the Court. Failure to do so will result in the dismissal of Plaintiffs' claims against Select Portfolio Servicing.

SO ORDERED, this, the 15th day of July 2019.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE