UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BLAINE CARR & WANDER CARR                                              PLAINTIFFS

v.                                              Civil No. 1:19-cv-00078-GHD-DAS

SELECT PORTFOLIO SERVICING CORP, *et al.*                              DEFENDANTS

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

This matter is before the Court on Defendant Select Portfolio Servicing, Inc's[1] motion to dismiss for insufficient service of process under Federal Rule of Civil Procedure 12(b)(5) [14].

On July 15, 2019, the Court found that Plaintiffs' initial attempt at service of process was insufficient and ordered Plaintiffs to effect proper service on Select Portfolio Servicing by August 21, 2019, and file proof of that service with the Court [11]. The Court warned the Plaintiffs, who are representing themselves in this case, that failure to do so would result in the Court dismissing their claims. To date, there is no indication that Plaintiffs have served Select Portfolio Servicing in accordance with the Court's order.

Therefore, the Court ORDERS that:

1. Defendant Select Portfolio Servicing, Inc.'s motion to dismiss [14] is GRANTED; and

2. Plaintiffs' claims against Select Portfolio Servicing, Inc. are DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this, the 7th day of October, 2019.

_____
SENIOR U.S. DISTRICT JUDGE

---

[1] Select Portfolio Servicing, Inc is misidentified in the complaint as Select Portfolio Servicing Corp.